# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO CAMACHO, JR., | Case No.: 2:21-cv-01107-APG-VCF |
| Petitioner, | **Order Denying Application to Proceed *in Forma Pauperis* and Directing Payment of Filing Fee** |
| v. | |
| CHARLES DANIELS, *et al*., | [ECF No. 1] |
| Respondents. | |

This is a *habeas corpus* action under 28 U.S.C. § 2254.  Petitioner has submitted an application to proceed *in forma pauperis* and a supporting affidavit  ECF No. 1, 1-2.  The application is on a form used by the state courts, and it lacks the information needed to determine whether petitioner should pay the filing fee.  However, in his affidavit petitioner states that he was sending the form requesting payment of the filing fee to the inmate financial office on the day after he was dispatching the petition to this court.  Based on petitioner's statements, I will deny the application.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**.  Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court.  Failure to comply will result in the dismissal of this action.

///

///

///

///

///

IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: June 17, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE