**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAMIRO CAMACHO, JR., | Case No.: 2:21-cv-01107-APG-VCF |
| Petitioner, | **Order Directing Clerk of Court to Resend Order Dismissing Action and Judgment to Petitioner** |
| v. | |
| CHARLES DANIELS, *et al.*, | [ECF No. 12] |
| Respondents. | |

This is a closed habeas corpus action under 28 U.S.C. § 2254.  On April 1, 2022, I dismissed the action with prejudice because it is untimely.[1]  On April 4, 2022, the Clerk of the Court entered judgment accordingly.[2]  On April 15, 2022, the Law Librarian of the Southern Desert Correctional Center electronically filed a notice of returned mail, with the notation that on April 5, 2022, when petitioner was called to collect the order and judgment, a correctional officer stated that petitioner was moving beds.[3]  The on-line inmate locator of the Nevada Department of Corrections states that petitioner now is housed at the High Desert State Prison.  Consequently, I will direct the Clerk of the Court to change petitioner's address and to resend the order and judgment to petitioner.  I remind petitioner that under Local Rule IA 3-1 he must keep his address up to date himself.  Otherwise, he risks missing important deadlines.

IT THEREFORE IS ORDERED that the Clerk of the Court change petitioner's electronic-service address to the High Desert State Prison Law Library.

///

---

[1] ECF No. 10.

[2] ECF No. 11.

[3] ECF No. 12.

1    IT FURTHER IS ORDERED that the Clerk provide copies of this order, the order of

2  April 1, 2022 (ECF No. 10), and the judgment (ECF No. 11) to petitioner in a manner consistent

3  with the clerk's current practice, such as regeneration of notices of electronic filing to petitioner.

4    DATED: April 20, 2022

5

6                                        _____
                                         ANDREW P. GORDON
7                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

2